IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| v. | § | Cr. No. C-01-281 |
| | § | |
| ROY ALBERTO CRUZ. | § | |

## ORDER DENYING PETITION FOR THE RIGHT TO BEAR ARMS

Pending before the Court is Defendant Roy Alberto Cruz's "Petition for the Right to Bare [sic] Arms," received by the Court on June 24, 2008. (D.E. 34.) Cruz previously sought identical relief from this Court, which was denied by Order entered April 4, 2008. (D.E. 32, 33.) In his latest motion, he asks for reconsideration of the Court's prior order. (D.E. 34 at 1.)

The Court has no reason to doubt that Cruz seeks to possess firearms solely so that he may take his sons hunting. Nor does the Court have reason to doubt Cruz's good intentions with regard to being a law-abiding citizen in the future. Nonetheless, as set forth by the Court in its prior order, this Court is without authority to grant the relief Cruz seeks. Accordingly, for the same reasons set forth by the Court in its April 4, 2008 Order, Cruz's petition (D.E. 34) is DENIED.

It is so ORDERED this 8th day of August, 2008.

_____
Janis Graham Jack
United States District Judge